ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 2 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

GABRIEL COVARRUBIAS

Criminal Indictment

**UNDER SEAL**

No. 1:25CR-496

THE GRAND JURY CHARGES THAT:

**Count One**
**18 U.S.C. § 1542**
**(False Statement in U.S. Passport Application)**

On or about March 14, 2023, in the Northern District of Georgia, the defendant, GABRIEL COVARRUBIAS, willfully and knowingly made a false statement in an application for a passport, Form DS-11, with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was M.A.E.S., born in Bayamon, Puerto Rico, with a date of birth of xx/xx/1982, and a Social Security number of xxx-xx-4408, when, as he then well knew, these statements were false, all in violation of Title 18, United States Code, Section 1542.

**Count Two**
**18 U.S.C. § 911**
**(False Claim to U.S. Citizenship)**

On or about March 14, 2023, in the Northern District of Georgia, the defendant, GABRIEL COVARRUBIAS, falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

A True BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

BRIAN M. PEARCE
*Assistant United States Attorney* Georgia Bar No. 568768

600 U.S. Courthouse
75 Ted Turner Drive SW Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181