AO 442 (12/85) Warrant for Arrest

F:d: 11891909

USMS: 84196-512

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**UNITED STATES OF AMERICA,**

v.

**GABRIEL COVARRUBIAS**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 04 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**WARRANT FOR ARREST**

~~**UNDER SEAL**~~ ELR

**CASE NO. 1:25-CR-496**

NOV13'25 AM 9 09 USMS NGA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **GABRIEL COVARRUBIAS**

and bring him or her forthwith to the nearest magistrate to answer a(n)

**X** ☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice

Charging him or her with: False Statement in a U.S. Passport Application in violation of **Title 8 U.S.C.§ 1542**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 13, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $

By:
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3162 Peachtree Rd. Atlanta, GA

Date Received: 11-13-2025

SA William Morris
Name and Title of Arresting Officer

Date of Arrest: 08-10-2026

Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d. 11891909

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

GABRIEL COVARRUBIAS

WARRANT FOR ARREST

**UNDER SEAL**

CASE NO. 1:25-CR-496

NOV13'25 AM 9 09 USMS NGA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **GABRIEL COVARRUBIAS**

and bring him or her forthwith to the nearest magistrate to answer a(n)

X☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice

Charging him or her with: False Statement in a U.S. Passport Application in violation of **Title 8 U.S.C.§ 1542**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

w/ James w/ Fair
Signature of Issuing Officer

November 13, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $__________

By:__________
Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3162 Peachtree Rd Atlanta, GA

Date Received: __________

William Morris / Special Agent
Name and Title of Arresting Officer

Date of Arrest: 8-10-26

[signature]
Signature of Arresting Officer