**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | 1:25-CR-00496-ELR-1 |
| | * | |
| GABRIEL COVARRUBIAS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

# O R D E R

The above-named defendant was certified ready for trial August 27, 2026. [Doc. 15.] The parties, having contacted the Court, have requested a plea date. Accordingly, a change of plea hearing has been scheduled for **WEDNESDAY, SEPTEMBER 30, 2026, at 11:30 A.M.**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, **DIRECTS THE CLERK** to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A).

**SO ORDERED**, this 23th day of September, 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia